**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CLARENCE BANKS,** | ) | **CASE NO. 5:13CV1472** |
| | ) | |
| **Petitioner,** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| **vs.** | ) | <u>**MEMORANDUM OF OPINION**</u> |
| | ) | <u>**AND ORDER**</u> |
| **JASON BUNTING,** | ) | |
| | ) | |
| **Respondent.** | ) | |

Before the Court is the Report and Recommendation of Magistrate Judge Vecchiarelli ("R & R") (**Doc. # 10**).  The R&R recommends that the Court transfer Petitioner Clarence Bank's 28 U.S.C. § 2254 petition for writ of habeas corpus (**Doc. # 1**) to the Sixth Circuit because it is a second or successive petition requiring Sixth Circuit authorization before this Court can review it on the merits.

Under 28 U.S.C. § 636(b)(1) a habeas petitioner has 14 days after being served a copy of the R&R to file written objections.  A copy of the R&R was mailed to Petitioner on November 12, 2012. In this case, more than 21 days have elapsed since the R&R was issued, and Petitioner has filed neither an objection nor a request for an extension of time to file one.

Failure to file objections by the deadline constitutes a waiver of the right to obtain a de novo review of the R&R in the district court, <u>United States v. Walters</u>, 638 F.2d 947, 949 (6th Cir. 1981), and a waiver of the right to appeal. <u>Thomas v. Arn</u>, 728 F.2d 813 (6th Cir. 1984),

aff'd, 474 U.S. 140 (1985).

The Court has reviewed the Magistrate Judge's R&R and agrees that the petition should be transferred to the Sixth Circuit.  Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (**Doc. # 10**).

**IT IS SO ORDERED.**

*/s/ Dan Aaron Polster    December 13, 2013*
**Dan Aaron Polster**
**United States District Judge**